1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

7    STANLEY TALLEY,                          )
                                             )
8                         Plaintiff,          )
                                             )
9            vs.                              )
                                             )        **C04-1710 RSM - JPD**
10                                           )
     JO ANNE B. BARNHART, Commissioner        )
11   Social Security Administration,          )
                                             )        **MINUTE ORDER DIRECTING**
12                        Defendant.          )        **SUPPLEMENTATION OF THE**
                                                      **RECORD**
13
14            The following Minute Order is made at the direction of the Court, the Honorable

15   James P. Donohue, United States Magistrate Judge:

16            The defendant is hereby ORDERED to supplement the record by including:

17            (1)      The five motions referenced in plaintiff's opening brief at page seven,

18                      footnote four;

19            (2)      The transcript of the hearings that took place on October 15, 1998,

20                     and January 13, 1999.

21            The defendant is directed to supplement the record within forty-five days.  If, for any

22   reason, the defendant is unable to locate these materials, then the defendant will so advise the

23   Court within thirty days, and the plaintiff will then be directed to supplement the record with the

24   motions and with copies of the transcripts of the earlier hearings, if in the possession of the

25   plaintiff.

26

DATED this 15th day of June, 2005.

Bruce Rifkin
Clerk of Court

/s/ Peter H. Voelker
Deputy Clerk